IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RUSSELL J. RAY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

Case No. 5D23-73
LT Case No. 16-2020-CF-11733-AXXX

_____/

Decision filed January 10, 2023

Appeal from the Circuit Court
for Duval County,
Adrian G. Soud, Judge.

Jessica J. Yeary, Public Defender,
and Jasmine R. Dixon, Assistant Public
Defender, Tallahassee, for Appellant.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., MAKAR and JAY, JJ., concur.